Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  09−30775−MS
        Chapter:   11
        Judge:   Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Tetragenex Pharmaceuticals Inc.
    560 Sylvan Avenue
    Englewood Cliffs, NJ 07632

Social Security No.:

Employer's Tax I.D. No.:
    22−3781895

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 18, 2009</u>        <u>Morris Stern</u>
                                      Judge, United States Bankruptcy Court